■ In the Matter of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent, v TOVARICK BAUTISTA, Appellant. [782 NYS2d 372]—In a proceeding, inter alia, pursuant to CPLR article 75 to stay arbitration of an uninsured motorist claim, Tovarick Bautista appeals from so much of an order of the Supreme Court, Queens County (Hart, J.), dated September 22, 2003, as granted the petition to the extent of directing him to provide pre-arbitration discovery.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court providently exercised its discretion in directing the appellant to provide pre-arbitration discovery (*see Matter of Allstate Ins. Co. v Moya,* 288 AD2d 309 [2001]; *Matter of State Farm Mut. Auto. Ins. Co. v Johnson,* 287 AD2d 640 [2001]; *Matter of Allstate Ins. Co. v Baez,* 269 AD2d 392 [2000]; *Matter of State Farm Ins. Co. v McManus,* 249 AD2d 311 [1998]). Altman, J.P., Florio, Mastro and Fisher, JJ., concur.

■ In the Matter of AVROHOM STEINHARTER, Appellant, v MEIRA STEINHARTER, Respondent. [782 NYS2d 372]—In a child visitation proceeding pursuant to Family Court Act article 6, the father appeals from an order of the Family Court, Kings County (Goldstein, R.), dated September 18, 2003, which, without a hearing, granted the mother's motion to dismiss the petition.

Ordered that the order is affirmed, with costs to the respondent.

The father, who sought to modify the visitation schedule contained in the parties' judgment of divorce, failed to make a sufficient evidentiary showing that there had been a material change of circumstances since the entry of that judgment so as to require a hearing on the issue (*see Matter of Timson v Timson,* 5 AD3d 691, 692 [2004]; *Matter of Heuthe v McLaren,* 1 AD3d 514 [2003]; *Matter of Blake v Vilbig,* 288 AD2d 470 [2001]; *Matter of Milhollen v Voelpel,* 270 AD2d 422 [2000]; *Matter of Rosenberg v Rosenberg,* 261 AD2d 623 [1999]). Prudenti, P.J., Krausman, Adams and Spolzino, JJ., concur.